*Leave to Appeal Denied March 23, 2009:*

WISE V MASTROMARCO, No. 136284; Court of Appeals No. 280254.

HATHAWAY, J. (*not participating*). I recuse myself and will not be participating in this case because my law clerk was a witness in this case. See MCR 2.003(B); Code of Judicial Conduct, Canon 2 (stating that "[a] judge must avoid all impropriety and appearance of impropriety").

BUTLER V FARM BUREAU MUTUAL INSURANCE COMPANY OF MICHIGAN, No. 136521; Court of Appeals No. 275679.

PEOPLE V WOODS, No. 136768. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282365.

PEOPLE V JAKAJ, No. 136821. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284418.

PEOPLE V ANTOINE JACKSON, No. 136837; Court of Appeals No. 272776.

MAMOU V CUTLIP, No. 136927; Court of Appeals No. 275862.

PEOPLE V JAMES BRIDGES, JR, No. 136952; Court of Appeals No. 275300.

PEOPLE V PHILLIP BROWN, II, No. 137072. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 283419.

PEOPLE V LANDRUM, No. 137084; Court of Appeals No. 282403.

LAZECHKO V AUTO OWNERS INSURANCE COMPANY, No. 137113; Court of Appeals No. 276111.

PEOPLE V EARL JONES, No. 137217. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282850.

KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Scott*, 480 Mich 1019 (2008).

ZAREMBA EQUIPMENT, INC V HARCO NATIONAL INSURANCE COMPANY, No. 137263; reported below: 280 Mich App 16.

PEOPLE V ANNE BROWN, No. 137266. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285537.

PEOPLE V JAMARR JOHNSON, No. 137324; Court of Appeals No. 286169.

PEOPLE V ANTHONY JONES, No. 137346; Court of Appeals No. 286560.

PEOPLE V SONDEY, No. 137382. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285340.

PEOPLE V GRANT, No. 137383; Court of Appeals No. 286315.